COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MATTHEW JEREMY TRUBENSTEIN, | | No. 08-11-00162-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 371st District Court |
| | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
| | § | |
| Appellee. | § | (TC # 1045743D) |

**<u>MEMORANDUM OPINION</u>**

Matthew Jeremy Trubenstein appeals a judgment adjudicating him guilty of injury to a child and sentencing him to imprisonment for ten years. We affirm.

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by advancing contentions which counsel says might arguably support the appeal. *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App. 1974); *Pena v. State*, 932 S.W.2d 31 (Tex.App.--El Paso 1995, no pet.). Counsel delivered a copy of his brief to Appellant and advised Appellant of his right to examine the appellate record and file a *pro se* brief. No *pro se* brief has been filed.

The court has carefully reviewed the record and counsel's brief in its entirety, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably warrant an appeal. The judgment of the trial court is affirmed.

February 1, 2012                    _____
                                   ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)